

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RUBEN DARIO ORTEGA, | § | No. 08-23-00068-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| | § | 41st Judicial District Court |
| v. | § | of El Paso County, Texas |
| FSA, LLC, | | |
| Appellee/Cross-Appellant. | § | (TC#2020DCV2745) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee/Cross-Appellant recover from Appellant/Cross-Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY 2024.


GINA M. PALAFOX, Justice

Before Palafox, J., Soto, J., and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.) (Sitting by Assignment)